IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES TOLLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:08-cv-0075 |
| ) | |
| THE TENNESSEE VALLEY AUTHORITY ) | Senior Judge Thomas A. Wiseman, Jr. |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendant. ) | |

### ORDER of FINAL JUDGMENT

Plaintiff James Tolley brings this action against defendant Tennessee Valley Authority Board of Directors ("TVA"), asserting claims of disability discrimination in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 794. Now before the Court is defendant TVA's Motion for Summary Judgment (Doc. No. 18) asserting that it is entitled to judgment in its favor as a matter of law.

For the reasons explained in the accompanying Memorandum Opinion, the Court finds that there are no material issues of disputed fact and that the defendant has established that it is entitled to judgment in its favor as a matter of law. Accordingly, the Motion for Summary Judgment is **GRANTED**, thus disposing of all claims asserted in the Complaint. **Judgment is hereby entered in favor of the defendant and this matter is DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge